THE TRUSTEES OF EMANUEL CHURCH, Respondent, *v.* THE BRITISH AMERICA ASSURANCE COMPANY, Appellant.

*Trustees of Emanuel Church* v. *British America Assur. Co.*, 20 App. Div. 636, affirmed.

(Argued March 20, 1900; decided April 6, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered September 27, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*A. T. Clearwater* for appellant.

*Howard Chipp* for respondent.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JOSEPH MADDEN, an Infant, by MARGARET TALBUT, his Guardian ad Litem, Respondent, *v.* ISAAC ARNOLD, Appellant.

(Submitted March 21, 1900; decided April 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 21, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*E. Countryman* for appellant.

*P. C. Dugan* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.